UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAXLITE, INC.,
          *Plaintiff*,

   v.

M & C LIGHTING LTD F/N/A MODERN AND CLASSIC LIGHTING, LTD. D/B/A EXCEEDITE, DENNIS SHIA, AND JOHN DOES 1-10, and XYZ CORP. 1-10,

          *Defendants*.

Civ. Action No. 12-4072 (KSH)

ORDER

**Katharine S. Hayden, U.S.D.J.**

    Good cause appearing, it is on this 6th day of July, 2012,

    **ORDERED** that plaintiff's memorandum of law in support of its motion for a preliminary injunction [D.E. 4-19] is **stricken** for failure to comply with proper citation form. This Court's preferences are specific regarding use of footnotes. *See* Lite, *New Jersey Federal Practice Rules*, App. 2, at 677 (GANN, 2012)("Judge Hayden generally disapproves of the use of footnotes in briefs"). But plaintiff's format also clashes with the basic citation form for non-academic legal documents. *See The Bluebook: A Uniform System of Citation* B2, at 4 (Columbia Law Review Ass'n et al. eds., 19th ed. 2010) (explaining that in non-academic legal documents "citations appear within the text of the document as full sentences or as clauses within sentences directly after the propositions they support.") It appears that plaintiff has otherwise complied with the brief requirements, and the Court will consider its application upon resubmission of a conforming brief on or before Tuesday, July 10, 2012. In conjunction with counsel's remedial

1

efforts, the Court strongly recommends Justice Robert L. Clifford's concurring opinion in *In re Opinion 662 of Advisory Committee on Professional Ethics*, 133 N.J. 22, 32–33 (1993).

<u>Katharine S. Hayden</u>
Katharine S. Hayden, U.S.D.J.
