UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAXLITE, INC.,

          Plaintiff,

v.

M&C LIGHTING LTD F/N/A MODERN AND CLASSIC LIGHTING, LTD., D/B/A EXCEEDLITE, DENNIS SHIA, AND JOHN DOES 1-10, and XYZ CORP. 1-10,

          Defendant.

Civ. No. 12-4072

**ORDER**

    This matter having come before the Court by way of plaintiff MaxLite Inc.'s motion for partial default judgment [D.E. 54]; the Court having previously deemed defendants to have abandoned their defense of this case [D.E. 52]; MaxLite having requested in the instant application a permanent injunction, as well as permission to conduct third-party discovery aimed toward assessing its monetary damages; MaxLite asserting that once it has conducted third-party discovery it would be in a position to move a second time for default judgment, requesting such monetary damages; specific information concerning monetary damages being relevant to the Court's consideration of a motion for default judgment; efficiency weighing in favor of the Court addressing MaxLite's request for default judgment in one ruling, as opposed to in a bifurcated fashion; and good cause appearing for the requested third-party discovery to be conducted quickly,

    **IT IS** on this 27th day of February, 2013,

**ORDERED** that MaxLite shall serve no more than five subpoenas on third parties for the purpose of assessing its monetary damages by March 18, 2013; and it is further

**ORDERED** that MaxLite's pending motion for partial default judgment is hereby terminated; and it is further

**ORDERED** that MaxLite shall move for default judgment no later than May 24, 2013.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J