**United States District Court
for the District Of New Jersey**

| | |
|---|---|
| MAXLITE, INC., <br><br>              Plaintiff, <br>v. <br><br>M&C LIGHTING LTD F/N/A MODERN AND CLASSIC LIGHTING, LTD., D/B/A EXCEEDLITE, DENNIS SHIA, AND JOHN DOES 1-10, and XYZ CORP. 1-10, <br><br>              Defendants. | Civil No.: 12-4072 (KSH) <br><br><br><br><br><br>**ORDER** |

      The matter having come before the Court by defendants' Fed. R. Civ. P. 55(c) motion [D.E. 57] to vacate the Clerk's January 7, 2013 entry of default, and for the reasons expressed in the accompanying opinion [D.E. 62],

      **IT IS**, on this 30th day of December, 2013,

      **ORDERED** that the motion to vacate the default [D.E. 57] is **GRANTED**; and it is further

      **ORDERED** that the preliminary injunction entered January 7, 2013 [D.E. 52] shall remain in effect until further order of the Court.

/s/ Katharine S. Hayden    <br>
Katharine S. Hayden, U.S.D.J.
